UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ26-157 |
| Plaintiff, | **DETENTION ORDER DIRECTING DEFENDANT REMAIN IN DISTRICT** |
| v. | |
| STEPHEN RICHARD HOLMES, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in the Northern District of California with Escape from Custody. Defendant has a lengthy criminal history going back to the 1970's. He has been convicted of theft, federal escape, and multiple separate bank robberies. The complaint file in the Northern District of California alleges Defendant was released to BOP supervision and while on that supervision, escaped by disappearing from his RRC placement.

The parties have indicated they are looking into resolving this matter in this district under Rule 20.

DETENTION ORDER DIRECTING
DEFENDANT REMAIN IN DISTRICT - 1

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.  **Defendant shall remain in the Western District of Washington pending further Court order.**

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 16th day of March, 2026.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER DIRECTING
DEFENDANT REMAIN IN DISTRICT - 2