Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN HOLMES,

Defendant.

)
)
)
)
)
)
)
)
)
)

No. 2:26-cr-00048-RAJ

ORDER TO WAIVE PRESENCENCE
INVESTIGATION AND REPORT AND
FOR EXPEDITED SENTENCING
DATE

THE COURT has considered the parties' stipulated motion to waive the presentence investigation and report and finds that such a waiver would serve the ends of justice and outweigh the best interests of the public and Stephen Holmes for purposes of sentencing pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) and USSG § 6A1.1(a)(2).

IT IS ORDERED that no presentence investigation or report will be required in this case.

IT IS FURTHER ORDERED that the sentencing in this matter shall be rescheduled to April 17, 2026, at 9:00 a.m.

DATED this 8th day of April, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO WAIVE PRESENCENCE
INVESTIGATION AND REPORT AND FOR
EXPEDITED SENTENCING DATE
(*United States v. Holmes*, No. 2:26-cr-00048-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**