THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHEN HOLMES,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

No. CR26-048-RAJ

(~~PROPOSED~~) ORDER TO SEAL
SUPPLEMENTAL EXHIBIT TO
SENTENCING MEMORANDUM

THE COURT has considered Stephen Holmes's Motion to Seal Supplemental Exhibit to Sentencing Memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Supplemental Exhibit 2 be filed under seal.

DATED this 15th day of April 2026.

RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Stephen Holmes

ORDER TO SEAL SUPPLEMENTAL EXHIBIT
(*United States v. Holmes*, No. 26-048-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100